IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA : CASE NO. 1:06CR565-06

          Plaintiff :

-vs- :

STEVEN JACKSON :

          Defendant : <u>ORDER REVOKING SUPERVISED RELEASE</u>

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case came before the Court on 20 March 2012 for a supervised release violation hearing. The defendant, Steven Jackson, was present and represented by Assistant Federal Public Defender Debra Hughes. Dan Riedl, Assistant U.S. Attorney, was present for the government. Mr. Jackson's Probation Officer, Marci Rapp, also attended.

    By referral from this Court, on 10 January 2012, Magistrate Judge Nancy A. Vecchiarelli held a hearing on Mr. Jackson's alleged violations (Probation Officer's Superseding Violation Report of 29 November 2011 as supplemented in the report dated 9 January 2012) and on 11 January 2012 issued a Report and Recommendation (R&R) (Doc. 526), finding by a preponderance of the evidence pursuant to 18 U.S.C. §

3583(e)(3), that Mr. Jackson had violated the conditions of supervised release as charged in the superseding violation report. In light of his violations, and absent any objection to the Magistrate Judge's R&R, Mr. Jackson appeared before this Court on 20 March 2012 for sentencing.

Mr. Jackson has admitted the new law violations of violation/conviction for drug trafficking and conveyance of certain items, unauthorized use of drugs, termination from a residential reentry center, and failure to report as directed and follow instructions of the probation officer, and is, thereby, eligible for revocation of his supervised release. Mr. Jackson's B grade violation, coupled with his criminal history category of III, places him within a range of possible imprisonment of between 8 and 14 months. U.S.S.G. § 7B1.4.

Upon review of the matter, and after extended colloquy with Mr. Riedl, Ms. Hughes, Mr. Jackson and Mr. Jackson's probation officer, Ms. Rapp, the Court hereby adopts the Magistrate Judge's R&R, revokes the offender's supervised release, and imposes a ten-month sentence of incarceration. No federal supervised release will follow Mr. Jackson's 10-month sentence.

IT IS SO ORDERED.

Date: 3/22/2012

UNITED STATES DISTRICT JUDGE